William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Aaron H. Darsky (CA State Bar #212229)
adarsky@audetlaw.com
Adel A. Nadji (CA State Bar #232599)
anadji@audetlaw.com
Audet & Partners LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiff Norem
and the Proposed Class
[Additional Counsel on Signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES NOREM, on behalf of himself and others similarly situated,<br><br>             Plaintiff,<br><br>   v.<br><br>NETFLIX, INC. and WALMART.COM USA, LLC,<br><br>             Defendants. | Civil Action No. CV-09-00956-PJH<br>Civil Action No. CV-09-00961-PJH<br>Civil Action No. CV-09-00960-PJH<br>Civil Action No. CV-09-00962-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF PLAINTIFFS' MOTIONS TO REMAND** |
| OSCAR MACIAS, on behalf of himself and others similarly situated,<br><br>             Plaintiff,<br><br>   v.<br><br>NETFLIX, INC. and WALMART.COM USA, LLC,<br><br>             Defendants. | **Date:** May 13, 2009<br>**Time:** 9:00 a.m.<br>**Location:** Courtroom 5, 17th Fl.<br><br>**Continued Date:** May 27, 2009<br>**Time:** 9:00 a.m.<br>**Location:** Courtroom 5, 17th Fl.<br><br>**Hon. Phyllis J. Hamilton** |

| | |
|---|---|
| JIM CORNETT, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NETFLIX, INC. and WALMART.COM USA, LLC, | ) ) ) |
| Defendants. | ) ) |
| | |
| JESSE RANDLE, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NETFLIX, INC. and WALMART.COM USA, LLC, | ) ) ) |
| Defendants. | ) ) |

WHEREAS, Plaintiffs in the above-entitled cases (the "Removed Actions") have noticed motions to remand their cases to the Superior Court of the State of California for the County of Santa Clara, to be heard on May 13, 2009;

WHEREAS, Defendant Walmart.com USA LLC's Opposition to Plaintiffs' motions to remand are due today, April 22, 2009;

WHEREAS, on April 13, 2009 the Court, entered a pretrial order in the Removed Actions, stating, in pertinent part:

> The hearing on certain plaintiffs' motion to remand shall go
> forward on May 13, 2009, unless the parties notify the
> court that they have stipulated to remand. The court would
> appreciate notification by April 22, 2009, the date the

opposition is due, and in any event no later than April 29, 2009, the date the reply is due.

WHEREAS, two related putative class action cases asserting identical state law antitrust claims as the Removed Actions, *Collusi v. Netflix, Inc. and Walmart.com USA LLC*, 1-09-cv-138096, and *Kirkpatrick v. Netflix, Inc. and Walmart.com USA LLC*, 1-09-cv-139551 (the "State Actions") were filed in the Santa Clara County Superior Court, on March 24, 2009 and April 9, 2009 respectively, by Plaintiffs' Counsel in two of the Removed Actions, *Norem v. Netflix, Inc. and Walmart.com USA LLC*, Case No. 1-09-cv-133576 (N.D. Cal. No. C 09-00956 PJH), and *Macias v. Netflix, Inc. and Walmart.com USA LLC*, Case No. 1-09-cv-133878 (N.D. Cal. No. C 09-00961 PJH );

WHEREAS, the parties in the State Actions and the Removed Actions have met and conferred and intend to simultaneously submit to the Hon. Joseph H. Huber, Judge in the State Actions (1) a Stipulation and [Proposed] Case Management Order Number One, which consolidates the *Collusi* and *Kilpatrick* actions, and any related actions hereafter filed in, or later remanded or transferred to Santa Clara County Superior Court, and appoints William Audet, Esq. of Audet & Partners, LLP as Lead Counsel for Plaintiffs, and (2) a Stipulation and [Proposed] Case Management Order Number Two, which governs motion practice and coordinates discovery in the State Actions and the Removed Actions with the related federal actions, *Andrea Resnick, et al. v. Walmart.com USA LLC, et al.*, C 09-0002 PJH (N.D. Cal.), and *In Re Online DVD Rental Antitrust Litigation*, MDL No. 2029 (PJH) (N.D. Cal.) (the "State Court Pre-Trial Stipulations and Orders");

WHEREAS, the parties in the State Actions and the Removed Actions shall be signatories to the State Court Pre-Trial Stipulations and Orders, and therefore, by agreement of their counsel, party to those and any subsequent pretrial orders entered in those actions;

WHEREAS, the parties in the State Actions and the Removed Actions will agree to a stipulated remand of the Removed Actions so long as the State Court Pre-Trial Stipulations and Orders are entered by the Santa Clara County Superior Court;

WHEREAS, the parties in the Removed Actions seek to continue the hearing date on the motions to remand by two weeks, to May 27, 2009 at 9:00 a.m. in order to give the parties in the State Actions a modest amount of time to finalize and submit the State Court Pre-Trial Stipulations and Orders and to allow the Santa Clara County Superior Court adequate time to consider and act upon the State Court Pre-Trial Stipulations and Orders, which, if entered, would allow the Removed Actions to be remanded by stipulation of the parties subject to the approval of the Court;

WHEREAS, the parties to the Removed Actions seek to continue the briefing on the motions to remand accordingly;

IT IS HEREBY STIPULATED AND AGREED THAT the hearing on Plaintiffs' motions to remand in the above-entitled cases shall be continued from May 13, 2009, at 9:00 a.m. to May 27, 2009, at 9:00 a.m., and the briefing on those motions shall be continued accordingly, with the oppositions being due by May 6, 2009. The parties will notify the Court on or before May 6, 2009, the date the oppositions are due, whether the parties will be stipulating to a remand and whether the hearing on the motions to remand may be taken off calendar subject to the approval of the Court.

AUDET & PARTNERS, LLP
William M. Audet (117456)
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 568-2556

Dated: April 22, 2009.

By: _____

*Counsel for Removed Plaintiff James Norem*

```
                                          KING & FERLAUTO
                                          Thomas M. Ferlauto (155503)
                                          1880 Century Park East, Suite 820
                                          Los Angeles, CA 90067
                                          Telephone: (310) 552-3366
                                          Facsimile: (310) 552-3289



                                          By:  /s/ Thomas M. Ferlauto
                                          _____
Dated:  April 22, 2009.
                                          Counsel for Removed Plaintiff Oscar Macias

                                          HERSH & HERSH
                                          Mark E. Burton, Jr.
                                          601 Van Ness Ave., Suite 2080
                                          San Francisco, CA 94102-6388
                                          Telephone:  (415) 441-5544
                                          Facsimile:  (415) 441-7586



Dated:  April 22, 2009.                   By:  /s/ Mark E. Burton, Jr.

                                          Counsel for Removed Plaintiff Jim Cornett



                                          LAW OFFICES OF GILBERT D. SIGALA
                                          Gilbert Daniel Sigala
                                          1818 W. Beverly Boulevard, Suite 206
                                          Montebello, CA 90640
                                          Telephone:  (323) 726-2150
                                          Facsimile:  (323) 726-9183



Dated:  April 22, 2009.                   By:  /s/ Gilbert Daniel Sigala

                                          Counsel for Removed Plaintiff Jesse Randle
```

```
                                    AUDET & PARTNERS, LLP
                                    William M. Audet (117456)
                                    221 Main Street, Suite 1460
                                    San Francisco, CA 94105
                                    Telephone: (415) 982-1776
                                    Facsimile: (415) 568-2556


Dated: _____, 2009.            By: _____

                                    Counsel for Removed Plaintiff James Norem



                                    KING & FERLAUTO
                                    Thomas M. Ferlauto (155503)
                                    1880 Century Park East, Suite 820
                                    Los Angeles, CA 90067
                                    Telephone: (310) 552-3366
                                    Facsimile: (310) 552-3289



                                    By: _____
Dated: 4-22-__, 2009.
                                    Counsel for Removed Plaintiff Oscar Macias

                                    HERSH & HERSH
                                    Mark E. Burton, Jr.
                                    601 Van Ness Ave., Suite 2080
                                    San Francisco, CA 94102-6388
                                    Telephone: (415) 441-5544
                                    Facsimile: (415) 441-7586


Dated: _____, 2009.            By: _____

                                    Counsel for Removed Plaintiff Jim Cornett
```

**Defendants' Counsel**

Jonathan M. Jacobson
Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Facsimile: (212) 999-5899

Keith E. Eggleton
WILSON SONSINI GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, Ca 94304-1050
Tel: (650) 493-9300
Facsimile: (650) 565-5100

Scott Andrew Sher
WILSON SONSINI GOODRICH & ROSATI, PC
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Tel: (202) 973-8800
Facsimile: (202) 973-8899

Dated: 4-22, 2009.

By: /s/ Keith E. Eggleton

*Counsel for Defendant Netflix, Inc.*

SUSMAN GODFREY L.L.P.
Neal Manne
Richard W. Hess
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Facsimile: (713) 654-6666

Genevieve Vose
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3836
Facsimile: (206) 516-3883

Marc M. Seltzer
Stephen E. Morrissey
Kathryn P. Hoek
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

By: *Kathryn P. Hoek*

Dated: April 22, 2009.

*Counsel for Defendant Walmart.com USA, LLC*

I, Aaron H. Darsky, am the ECF User whose ID and password are being used to file the Stipulation and Proposed Order Continuing Date of Plaintiffs' Motions to Remand. In compliance with General Order 45, X.B., I hereby attest that Thomas M. Ferlauto, Mark E. Burton, Jr., Gilbert Daniel Sigala, Keith E. Eggleton and Kathryn P. Hoek have concurred in this filing.

**IT IS SO ORDERED.**

Date: __April 24_____, 2009

IT IS SO ORDERED
Judge Phyllis J. Hamilton
District Court Judge