NEAL S. MANNE (94101)
RICHARD W. HESS (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rhess@susmangodfrey.com

MARC SELTZER (54534)
STEPHEN E. MORRISSEY (187865)
KATHRYN P. HOEK (219247)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
smorrissey@susmangodfrey.com
khoek@susmangodfrey.com

GENEVIEVE VOSE (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
gvose@susmangodfrey.com

*Attorneys for Defendant Walmart.com USA LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NOREM, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., and WALMART.COM USA LLC,<br><br>Defendants. | No. C 09-00956 PJH<br>No. C 09-00960 PJH<br>No. C 09-00961 PJH<br>No. C 09-00962 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Hon. Phyllis J. Hamilton |

STIPULATION AND [PROPOSED] ORDER         -1-
REMANDING THE REMOVED ACTIONS

949265v1/011148

| | |
|---|---|
| JIM CORNETT, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NETFLIX, INC., and WALMART.COM USA LLC, | ) ) |
| Defendants. | ) ) |
| OSCAR MACIAS, on behalf of himself and others similarly situated, | ) ) )   No. C 09-00961-PJH |
| Plaintiff, | ) ) |
| v. | ) ) |
| NETFLIX, INC., and WALMART.COM USA LLC, | ) ) |
| Defendants. | ) ) |
| JESSE RANDLE, on behalf of himself and others similarly situated, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NETFLIX, INC., and WALMART.COM USA LLC, | ) ) |
| Defendants. | ) ) |

STIPULATION AND [PROPOSED] ORDER    -2-
REMANDING THE REMOVED ACTIONS

949265v1/011148

WHEREAS, two actions currently are pending in the Superior Court of the State of California for the County of Santa Clara before the Hon. Joseph H. Huber, *In re Netflix Antitrust Litigation*, Case No. 1:09-cv-138096 (the "State Actions");

WHEREAS, the above-captioned actions (the "Removed Actions") were filed in the Superior Court of the State of California for the County of Santa Clara, and were removed to the United States District Court for the Northern District of California, where they are currently pending;

WHEREAS, both the State Actions and the Removed Actions assert claims only for violations of California antitrust laws on behalf of putative classes of California residents or citizens, based on common allegations that Netflix, Inc. and Walmart.com USA LLC entered into a *per se* illegal agreement to divide the markets for the sale and online rental of DVDs in the United States for the purpose and with the effect of monopolizing and unreasonably restraining trade in the online DVD rental market;

WHEREAS, on March 30, 2009, Plaintiffs in the Removed Actions moved to remand those actions to the Superior Court of the State of California for the County of Santa Clara;

WHEREAS, on May 4, 2009, the parties submitted two stipulations and proposed case management orders to the Hon. Joseph H. Huber, concerning the consolidation and management of the State Actions and the Removed Actions (the "Case Management Orders");

WHEREAS, the parties agreed to a stipulated remand of the Removed Actions to the Superior Court of the State of California for the County of Santa Clara, upon entry of the proposed Case Management Orders by the Hon. Joseph H. Huber;

WHEREAS, on May 5, 2009, the Hon. Joseph H. Huber entered the Case Management Orders;

The parties HEREBY stipulate and agree that the Removed Actions will be remanded to the Superior Court of the State of California for the County of Santa Clara, to be consolidated with the State Actions pending before the Hon. Joseph H. Huber.

| | | |
|---|---|---|
| 1 | Dated: May 6, 2009. | Respectfully submitted, |
| 2 | | SUSMAN GODFREY L.L.P. |

By: *s/ Genevieve Vose*
   Neal S. Manne
   Richard W. Hess
   1000 Louisiana Street, Suite 5100
   Houston, Texas 77002
   Telephone: (713) 651-9366
   Facsimile: (713) 654-6666

   Marc M. Seltzer
   Stephen E. Morrissey
   Kathryn P. Hoek
   1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067
   Telephone: (310) 789-3100
   Facsimile: (310) 789-3150

   Genevieve Vose
   1201 Third Avenue, Suite 3800
   Seattle, WA 98101
   Telephone: (206) 516-3880
   Facsimile: (206) 516-3883

*Attorneys for Defendant Walmart.com USA LLC*

*And attests in accordance with General Order No. 45 X. B. that concurrence in the filing of the document has been obtained from each of the undersigned counsel:*

**Counsel for Plaintiffs:**

AUDET & PARTNERS, LLP
William M. Audet (117456)
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone:  (415) 982-1776
Facsimile:  (415) 568-2556
*Counsel for Removed Plaintiff James Norem*

KING & FERLAUTO
Thomas M. Ferlauto (155503)
1880 Century Park East, Suite 820

STIPULATION AND [PROPOSED] ORDER
REMANDING THE REMOVED ACTIONS

-4-

949265v1/011148

Los Angeles, CA 90067
Telephone: (310) 552-3366
Facsimile: (310) 552-3289
*Counsel for Removed Plaintiff Oscar Macias*

HERSH & HERSH
Mark E. Burton, Jr. (178400)
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: (415) 441-5544
Facsimile: (415) 441-7586
*Counsel for Removed Plaintiff Jim Cornett*

LAW OFFICES OF GILBERT D. SIGALA
Gilbert D. Sigala (109905)
1818 W. Beverly Boulevard, Suite 206
Montebello, CA 90640
Telephone: (323) 726-2150
Facsimile: (323) 726-9183
*Counsel for Removed Plaintiff Jesse Randle*

**IT IS SO ORDERED.**

Date: May 8, 2009.

_____
Hon. Phyllis J. Hamilton
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

STIPULATION AND [PROPOSED] ORDER REMANDING THE REMOVED ACTIONS        -5-

949265v1/011148